CARRIE MARX, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Respondent, and BELLE PRONIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

RENEE GOTTLIEB, an Infant, by JOSEPH GOTTLIEB, Her Guardian ad Litem, and JOSEPH GOTTLIEB, Appellants, v. ANNA FREY, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that, upon the present record, the question of the defendant's negligence should have been submitted to the jury. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

TILLIE E. WAGENHEIM, Appellant, v. IDA J. FISHMAN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THEA RASCHE, Respondent, v. NEWS SYNDICATE Co., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THEA RASCHE, Respondent, v. NEW YORK TRIBUNE, INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

CHARLES A. ANDRES, Respondent, v. MENKES FEUER, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTODORA HOUSE, Respondent, v. WILLIAM STANLEY MILLER and Others, Constituting the Board of Taxes and Assessments in the City of New York, Appellants. (Three Proceedings — Tax Year 1934, 1935, 1936.) — Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the petitions.

NINA PIERSON LEVITON, Appellant, Respondent, v. PAUL EDWARD LEVITON, Respondent, Appellant.— Order modified by reinstating the second, third and fourth defenses, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Untermyer and Callahan, JJ., dissent as to the second defense.

In the Matter of MAISIE HARRIS, Petitioner, Respondent, v. HARRY L. HARRIS, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN J. CAMPBELL, JR., Respondent, for an Order of Certiorari against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals, Defendants, Appellants, and BERNARD FLYNN, Intervenor, Defendant, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent against the intervenor appellant. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.